IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED

NOV 1 0 2009

WILLIAM B. GUTHRIE
Clerk, U.S District Court
By_____
Deputy Clerk

| | |
|---|---|
| GLEN BURTON AKE, | ) |
| Petitioner, | ) |
| v. | ) No. CIV 09-277-RAW-KEW |
| RANDY WORKMAN, Warden, | ) |
| Respondent. | ) |

## OPINION AND ORDER
## DENYING MOTION FOR APPOINTMENT OF COUNSEL

Petitioner has filed a motion requesting the court to appoint counsel. He bears the burden of convincing the court that his claim has sufficient merit to warrant appointment of counsel. *McCarthy v. Weinberg*, 753 F.2d 836, 838 (10th Cir. 1985) (citing *United States v. Masters*, 484 F.2d 1251, 1253 (10th Cir. 1973)). The court has carefully reviewed the merits of petitioner's claim, the nature of factual issues raised in his allegations, and his ability to investigate crucial facts. *McCarthy*, 753 F.2d at 838 (citing *Maclin v. Freake*, 650 F.2d 885, 887-88 (7th Cir. 1981)). After considering petitioner's ability to present his claims and the complexity of the legal issues raised by the claims, the court finds that appointment of counsel is not warranted. *See Williams v. Meese*, 926 F.2d 994, 996 (10th Cir. 1991); *See also Rucks v. Boergermann*, 57 F.3d 978, 979 (10th Cir. 1995). ACCORDINGLY, petitioner's motion [Docket #10] is DENIED.

IT IS SO ORDERED this _10th_ day of November 2009.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE