# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

GLEN BURTON AKE,

    Petitioner,

v.

RANDY WORKMAN, Warden,

    Respondent.

Case No. CIV 09-277-RAW-KEW

FILED NOV 1 0 2009
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____ Deputy Clerk

## OPINION AND ORDER

This matter is before the court on petitioner's petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254. Petitioner, an inmate currently incarcerated at Oklahoma State Penitentiary in McAlester, Oklahoma, again is challenging his convictions and sentences in Canadian County District Court Cases Nos. CRF-1979-302, CRF-1979-303, CRF-1979-304, and CRF-1979-305.

The respondent has filed a motion to dismiss the petition for lack of subject matter jurisdiction, because it is a second or successive motion for relief that was not authorized by the Tenth Circuit Court of Appeals, pursuant to 28 U.S.C. § 2244(b)(3)(A). The record shows that the Court of Appeals denied the authorization on March 16, 2006, finding petitioner had failed to meet the requirements of 28 U.S.C. § 2244(b)(2). *In re Ake*, No. 09-7015 (10th Cir. Mar. 16, 2009). This court, therefore, lacks jurisdiction to review petitioner's successive habeas corpus petition.

**ACCORDINGLY,** the respondent's motion to dismiss [Docket #7] is GRANTED,

and this action is, in all respects, DISMISSED.

IT IS SO ORDERED this 16th day of November 2009.

Ronald A. White
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE